HLD-006                                                    **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-3298
_____

IN RE: JELANI SOLOMON,
                                          Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Western District of Pennsylvania
(Related to W.D. Pa. Crim. No. 2:05-cr-00385-1)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
January 30, 2025
Before: CHIEF JUDGE CHAGARES, HARDIMAN, and PORTER, Circuit Judges

(Opinion filed: May 8, 2025)
_____

OPINION*
_____

PER CURIAM

Jelani Solomon, proceeding pro se, filed a petition for writ of mandamus,

requesting that we direct the District Court to rule on his motion for preauthorization to

file a motion under Federal Rule of Civil Procedure 60(b). Thereafter, the District Court

denied that motion. In light of the District Court's action, the question Solomon

presented is no longer a live controversy, so we will dismiss his mandamus petition as

_____
* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

moot. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot." (citation omitted)).